EDWIN A. ABBOTT, Executor of JOSEPH R. GOLIBART, *vs.* JOSEPH GOLIBART.

### *Appeal.*

No appeal lies to this Court from an order of the Orphans' Court dismissing the petiton of an executor filed under section 238 of Article 93, of the Code of Public General Laws, alleging the concealment of a part of the assets of his testator's estate; section 240 of the same Article, having provided an appeal in such case to the Circuit Court for the County, or the Superior Court of Baltimore City.

Where a special and limited jurisdiction is conferred by Act of Assembly upon the Orphans' Court, and an appeal from its decision in the exercise of such jurisdiction is provided for, the appeal must be in the mode and to the tribunal designated by the Act of Assembly, to the exclusion of all others.

APPEAL from the Orphans' Court of Baltimore City.

The appellant filed his petition in the Orphans' Court of Baltimore City, under section 238 of Article 93, of the

Code of Public General Laws, alleging the concealment of a large amount of assets belonging to the estate of his testator, by the appellee. The answer of the appellee under oath, denied the concealment charged. The Orphans' Court, after hearing evidence, being of opinion that the allegations of the petition were not sustained, passed an order dismissing the petition. From this order the petitioner appealed.

The cause was submitted to BARTOL, C. J., STEWART, GRASON, MILLER, ALVEY and ROBINSON, J.

*William H. Dawson* and *George H. Williams,* for the appellant.

No appearance for the appellee.

GRASON, J., delivered the opinion of the Court.

This is an appeal from an order of the Orphans' Court of Baltimore City, passed in a proceeding under section 238 of Article 93 of the Code, with respect to certain money alleged to be the money of the deceased, and concealed by the appellee.

Section 240 of the same Article gives an appeal from the Orphans' Courts, in proceedings like this, to the Circuit Courts of the Counties, and to the Superior Court of Baltimore City; and as the jurisdiction conferred upon the Orphans' Courts by the Act of 1831, chap. 315, sections 12 and 13, which are codified in sections 238, 239 and 240 of Article 93, is a special and limited jurisdiction, not embraced in the jurisdiction of those Courts before the passage of the Act of 1831, chap. 315, the right of appeal depends upon the terms of the statute giving the jurisdiction, and the appeal, if given at all, must be in the mode and to the Court designated in the Act, to the exclusion of all others. *Worthington, Adm'r of Warden,*

*vs. Herron*, decided at the present term of this Court, *ante.* p. 145, and the cases there cited.

In this case the right of appeal is given by the Statute to the Superior Court of Baltimore City exclusively, and therefore no right of appeal to this Court exists, and this appeal will be dismissed.

*Appeal dismissed.*

(Decided 20th February, 1874.)